# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Claudio Cardenas-Dominquez,<br><br>    Defendant. | Case No. 18-mj-20629-LAB<br><br>**Order Staying Proceedings** |

On joint motion of the parties, and with good cause shown, further proceedings in this case are stayed pending a Ninth Circuit decision in *United States v. Madero-Diaz*, Ninth Circuit Case No. 17-50347; *United States v. Duffy*, Ninth Circuit Case No. 17-50414; *United States v. Corrales-Vasquez*, Ninth Circuit Case No. 18-50206; and *United States v. Perez-Martinez*, Ninth Circuit Case No. 18-50266, or until further order of the Court.

**SO ORDERED.**

DATED: September 27, 2018

                                          HON. LARRY A. BURNS
                                          UNITED STATES DISTRICT JUDGE